ARTHUR McCARTHY, PLAINTIFF-RESPONDENT, v. NA-
TIONAL ASSOCIATION FOR STOCK CAR AUTO RACING,
INC., *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior
Court.

See same case below: 90 *N. J. Super.* 574.

*Messrs. DeSevo & Cerutti* and *Messrs. Lynch, Murphy,
Mannion & Lynch,* for the petitioners.

*Mr. M. Marvin Soperstein,* for the respondent.

May 31, 1966. Granted.

JOSEPH VALVANO, PETITIONER-RESPONDENT, v.
SWIFT & COMPANY, RESPONDENT-PETITIONER.

On petition for certification to Appellate Division, Superior
Court.

*Mr. Isidor Kalisch,* for the petitioner.

*Messrs. Freeman, Bass & Bregg,* for the respondent.

May 31, 1966. Denied.

FRANK WELLENHEIDER, PLAINTIFF-PETITIONER, AND
CROSS-RESPONDENT, v. WILLIAM H. RADER, ETC.,
*ET ALS.*, DEFENDANTS-RESPONDENTS, AND CROSS-
PETITIONERS.

On petition for certification to Appellate Division, Superior
Court.

*Messrs. Schwartz, Horowitz & Krivitsky* and *Messrs. Levy,
Lemken & Margulies,* for the petitioner, and cross-respondent.

*Mr. Frank Paglianite; Messrs. Lamb, Blake, Hutchinson &
Dunne & Mr. H. Curtis Meanor,* for the respondents, and
cross-petitioners.

May 31, 1966. Granted.